IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
MAR 3 1997
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JIMMY ROGERS HAYNES, )
)
Plaintiff, )
)
vs ) CIVIL ACTION NO. 96-HM-2825-J
)
)
CORRECTIONAL MEDICAL )
SERVICES, DR. M. B. BRADFORD, )
AND DENISE WELLS, R. N., )
)
Defendants. )

ENTERED
MAR 0 3 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this **3rd** day of March, 1997.

E. B. HALTOM, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

**FLORENCE, ALABAMA ADDRESS:**
U. S. District Court
Northern District of Alabama